**SO ORDERED.**

**SIGNED this 15th day of August, 2024.**

_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

---

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| David Wayne Schamens, | ) | Case No. 23-10483 |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| John Paul H. Cournoyer | ) | |
| U.S. Bankruptcy Administrator, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. No. 24-02010 |
| | ) | |
| David Wayne Schamens, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE ANSWER**

This adversary proceeding is before the Court on the Motion for Extension of Time to File Answer, ECF No. 5 (the "Motion"), filed by David Wayne Schamens ("Defendant") on August 12, 2024. On July 11, 2024, the U.S. Bankruptcy Administrator filed a complaint, ECF No. 1 (the "Complaint"), initiating this adversary proceeding. On July 12, 2024, the Clerk's Office issued on

Defendant a Summons and Notice of Pretrial Hearing, ECF No. 3 (the "Summons"), and executed service of the Summons on Defendant on July 18, 2024.  ECF No. 4.  Pursuant to Rule[1] 7012(a),[2] the Clerk's Office set August 11, 2024, as the deadline for Defendant to file a motion or answer to the Complaint.  Because this date falls on a Sunday, the period continues to run through and including August 12, 2024.  Fed. R. Bankr. P. 9006(a)(1).  Rule 9006(b)(1) provides that a court may for cause shown "order the period enlarged if the request therefor is made before the expiration of the period originally prescribed . . . ."  Defendant's Motion was timely filed.  Defendant, proceeding pro se, requests that the deadline to file an answer to the Complaint be extended to September 10, 2024.  ECF No. 5.  For cause shown under Rule 9006(b)(1), the Court will grant Defendant's Motion and extend the time for Defendant to file an answer to the Complaint to and including September 10, 2024.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that the time for Defendant to file an answer to the complaint is extended to September 10, 2024.

[END OF DOCUMENT]

---

[1] References to "Rule __" herein shall refer to the Federal Rules of Bankruptcy Procedure unless otherwise specified.

[2] Rule 7012(a) provides that "[i]f a complaint is duly served, the defendant shall serve an answer within 30 days after the issuance of the summons, except when a different date is prescribed by the court."

<u>Parties to be Served</u>
24-02010

All parties to this adversary proceeding.