FILED DEC 27'24 - PM 4:31 USBC-MS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Adversarial Case No. 24-2010

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 23-10483 |
| DAVID WAYNE SCHAMENS, | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |
| | ) | **ANSWER TO COMPLAINT** |
| | ) | |
| | ) | |
| JOHN PAUL H. COURNOYER, in his capacity as U.S. Bankruptcy Administrator for the Middle District of North Carolina, | | |
| Plaintiff, | | |
| v. | | |
| DAVID WAYNE SCHAMENS, | | |
| Defendant. | | |

Now comes Debtor David W. Schamens as Defendant in the above captioned case answering the complaint, reserving the right to file related complaints, and without waiving the following affirmative defenses:

1. Claims and factual allegations being used to support claims to this action are barred by applicable statutes of limitation and should be dismissed.

1

2. No proper service was made to Defendant David W. Schamens.

3. Statue of Frauds-Complaints by the Plaintiff concerning the alleged duty of the Defendant to file debts in schedules and any allegations flowing therefrom prohibit any recovery under the Statute of Frauds, to wit, the Bankruptcy Administrator, in concert with others is engaged in fraud upon the Court.

4. The Complaint states claims that are subject to res judicata.

5. The Complaint fails to state claims that are relevant and factual upon which relief can be granted.

6. Plaintiffs' claims, or parts thereof, are barred by the doctrine of accord and satisfaction.

7. Plaintiff's claims are barred due to a rescission agreement signed by the Dugan Claimants and its Managing Member of Aggie.

8. Plaintiff, and acting as his own counsel, is barred from bringing this action since that Plaintiff and Counsel has actively engaged in conflicts of interest with parties to this action on the same issues, including but not restricted to the cover-up of cash payments by the Dugan's counsel personally to Judge Benjamin Kahn, and thus Kahn's unethical participation in decisions that the Dugan's counsel has motioned to the court for. The Bankruptcy Administrator has been well aware of this financial and quid pro quo relationship in his capacity as Administrator for Trustee Brian Anderson, and instead of objecting and reporting such activity, has thus been complicit in such behavior.

9. The factual allegations and claims regarding fraud in this Complaint are filed in the wrong venue and are thus precluded from being heard due to a standing Arbitration Agreement

between related claimant parties that the Bankruptcy Administrator is essentially representing and the Defendant.

10. The claims are meritless due to a lack of consideration that the Plaintiff has no loss.

The Defendant answer the Complaint as follows:

1. Denied.
2. Denied.
3. Denied.
4. Denied.
5. Denied.
6. Denied.
7. Admitted that the Defendant is a citizen of North Carolina and that a filing was made on July 8, 2024. The balance of paragraph is denied.
8. Denied. The Bankruptcy Administrator is knowingly and intentionally engaging in fraud upon the Court starting with the allegations of this complaint in a quid pro quo relationship with other trustees in the Middle District as well as his desire to placate other parties inside this Court, including Judge Benjamin Kahn personally as well parties employed and working in the District Court of New Jersey.
9. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.
10. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.
11. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.
12. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.
13. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

14.	Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

15.	Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

16.	Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

17.	Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

18.	Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

19.	Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

20.	Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

21.	Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

22.	Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

23.	Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

24.	Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

25.	Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

26.	Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

27.	Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

28.	Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

29. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

30. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

31. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

32. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

33. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

34. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

35. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

36. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

37. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

38. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

39. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

40. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

41. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

42. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

43. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

44.     Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

45.     Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

46.     Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

47.     Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

48.     Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

49.     Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

50.     Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

51.     Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

52.     Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

53.     Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

54.     Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

55.     Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

56.     Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

57.     Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

58.     Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

59. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

60. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

61. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

62. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

63. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

64. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

65. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

66. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

67. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

68. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

69. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

70. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

71. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

72. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

73. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

74. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

75. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

76. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

77. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

78. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

79. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

80. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

81. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

82. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

83. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

84. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

85. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

86. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

87. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

88. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

89. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

90. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

91. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

92. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

93. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

94. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

95. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

96. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

97. Denied. The facts are knowingly misrepresented to the Court by the Plaintiff, and such misrepresentations are not even worthy of clarification.

This the 27th day of December, 2024.

David W. Schamens
812 Northern Shores Point
Greensboro, NC 27455
(336) 422-1776

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Adversarial Case No. 24-2010

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 23-10483 |
| DAVID WAYNE SCHAMENS, | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| | ) | **FOR ANSWER TO COMPLAINT** |
| | ) | |
| | ) | |
| JOHN PAUL H. COURNOYER, in his capacity as U.S. Bankruptcy Administrator for the Middle District of North Carolina, | | |
| Plaintiff, | | |
| v. | | |
| DAVID WAYNE SCHAMENS, | | |
| Defendant. | | |

The undersigned hereby certifies that he is a person of such age and discretion as to be competent to serve process.

That on December 27, 2024, he served a copy of the foregoing Debtor's **MOTION FOR EXTENSION OF TIME** to the following creditors via the Pacer/ECF system:

Capital One
P.O. Box 30285
Salt Lake City, UT 84130 – 0285

10

Duke Energy
P.O. Box 70516
Charlotte, NC 28272

Piedmont Natural Gas
P.O. Box 1246
Charlotte, NC 28201-1246

Greensboro Water Resources
2602 S Elm-Eugene Street
Greensboro, NC 27406

Carter Bank & Trust
1300 Kings Mountain Road
Martinsville, VA 24112

Daufuskie Lending Partners LLC
c/o Webstone, Inc.
2633 Lincoln Blvd, Suite 333
Santa Monica, CA 90405

Brian Focht
P.O. Box 18667
Charlotte, NC 28218

Lake Jeanette HOA
c/o Carolinas Law Firm
3623 N Elm St #200
Greensboro, NC 27455

Northern Shores HOA
c/o Higgins Benjamin
301 N Elm St Suite 800
Greensboro, NC 27401

Guy Dugan, Karen Dugan, GDM Trust, Mark Dugan, et. al.
c/o Todd Capitano, Attorney
4521 Sharon Rd # 250
Charlotte, NC 28211

Weeks Flooring
c/o John Kirkman, Attorney
100 S Elm Street
Suite 410
Greensboro, NC 27401

JOHN PAUL H. COURNOYER,
in his capacity as U.S. Bankruptcy Administrator
for the Middle District of North Carolina,

This the 27th day of December, 2024.

---

David W. Schamens
812 Northern Shores Point
Greensboro, NC 27455
(336) 422-1776