**SO ORDERED.**

**SIGNED this 23rd day of January, 2025.**

```
                    _____
                         BENJAMIN A. KAHN
                    UNITED STATES BANKRUPTCY JUDGE
```

---

```
            UNITED STATES BANKRUPTCY COURT
            MIDDLE DISTRICT OF NORTH CAROLINA
                  GREENSBORO DIVISION
```

| | |
|---|---|
| In re: ) | |
| ) | |
| David Wayne Schamens, ) | Chapter 7 |
| ) | Case No. 23-10483 |
| Debtor. ) | |
| _____ ) | |
| ) | |
| John Paul H. Cournoyer, ) | |
| U.S. Bankruptcy Administrator, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Adv. No. 24-02010 |
| v. ) | |
| ) | |
| David Wayne Schamens, ) | |
| ) | |
| Defendant. ) | |

### ORDER AMENDING SCHEDULING ORDER AND
### DIRECTING DEFENDANT TO PROVIDE INITIAL DISCLOSURES AND
### RESPOND TO OUTSTANDING DISCOVERY REQUEST

This adversary proceeding came before the Court for a continued pretrial conference on January 22, 2025. On January 15, 2025, Plaintiff filed a Motion to Compel Disclosures and Discovery Responses, ECF No. 31 (the "Motion to Compel"), asserting that Defendant has failed to timely provide initial

1

disclosures under Fed. R. Civ. P. 26(a)(1) as required under the joint scheduling memorandum filed on October 23, 2024, ECF No. 13, and approved by the Court on October 29, 2024.  ECF No. 14 (the "Scheduling Order").[1]  Defendant has failed to timely provide initial disclosures under the Court's prior Scheduling Order and has failed to timely respond to certain written discovery requests submitted by Plaintiff, in violation of Fed R. Civ. P. 26, 33, 34, and 36, made applicable to this adversary proceeding by Fed. R. Bankr. P. 7026, 7033, 7034, and 7036, respectively.[2]  Plaintiff and Defendant, proceeding pro se, appeared at the pretrial conference.  At the conference, Defendant requested that the Court extend the deadlines set forth in the joint scheduling memorandum and approved by the Court in the Scheduling Order by sixty days.  For the reasons stated on the record at the pretrial conference, the Court will direct Defendant to provide the initial disclosures under Fed. R. Civ. P. 26(a)(1) and grant the

---

[1] The Scheduling Order set November 1, 2024 as the date on which initial disclosures under Fed. R. Civ. P. 26(a)(1) were due. ECF No. 13, at 1. After Defendant failed to provide initial disclosures by this deadline, Plaintiff and Defendant agreed to an informal extension of the deadline to December 2, 2024. ECF No. 31, at 2. On December 3, 2024, Defendant emailed Plaintiff and stated that he would provide the disclosures by December 5, 2024. Id. As of the date of this Order, Defendant has failed to provide his initial disclosures.

[2] On November 15, 2024, Plaintiff issued requests for admission under Fed. R. Civ. P. 36, interrogatories under Fed. R. Civ. P. 33, and requests for production of documents under Fed. R. Civ. P. 34. ECF No. 31, at 8-18. Defendant had thirty days from receiving service of the requests to respond. See Fed. R. Civ. P. 33(b)(2), 34(b)(2) & 36(a)(3). Having failed to timely respond to the requests for admission, those requests are deemed admitted. Fed. R. Civ. P. 36(a)(3).

motion to compel Defendant to respond to Plaintiff's outstanding interrogatories and requests for production of documents within thirty days of the date of this Order.  The Court will also amend the Scheduling Order to: (1) extend the date within which discovery must be completed by sixty days, from February 15, 2025, to April 16, 2025; and (2) extend the deadline for filing dispositive motions and supporting materials by sixty days, from March 1, 2025, to May 1, 2025.

Now, therefore, it is ORDERED, ADJUDGED, AND DECREED as follows:

1. Defendant must provide the initial disclosures required under Fed. R. Civ. P. 26(a) within thirty (30) days of the date of this Order.

2. Defendant must respond to Plaintiff's outstanding interrogatories and requests for production of documents within thirty (30) days of the date of this Order.

3. The date within which discovery must be completed is extended by sixty (60) days, from February 15, 2025, to April 16, 2025.

4. The deadline to file dispositive motions and supporting materials, including affidavits and supporting briefs, is extended by sixty (60) days, from March 1, 2025, to May 1, 2025.

5. Except as provided herein, the time limits set forth in the Joint Scheduling Memorandum, ECF No. 13, and approved by the

Court in the Scheduling Order, ECF No. 14, remain in full force and effect.

[END OF DOCUMENT]

Parties to be Served
24-02010

All parties to this adversary proceeding.