FILED JUL 21 '25 - PM 4:35 USBC-NS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Adversarial Case No. 24-2010

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 23-10483 |
| DAVID WAYNE SCHAMENS, | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |
| | ) | **MOTION FOR EXTENSION OF TIME TO COMPLY WITH COURT'S ORDER AND MOTION FOR CONTINUANCE** |
| | ) | |
| | ) | |
| | ) | |
| JOHN PAUL H. COURNOYER, in his capacity as U.S. Bankruptcy Administrator for the Middle District of North Carolina, | | |
| Plaintiff, | | |
| v. | | |
| DAVID WAYNE SCHAMENS, | | |
| Defendant. | | |

Now comes pro se Debtor David W. Schamens as Defendant in the above captioned case, for good cause shown below, motioning for an extension of time for 30 days (until August 20, 2025) to comply with the Court's order dated June 20, 2025. Further, as part of this motion for an extension of time, the pro se Debtor motions for a continuance of the hearing scheduled for July 22, 2025. In support of the motion, he shows unto the Court the following:

1. On June 20, 2025, the Court issued an order for the Debtor to answer discovery in this case, but also noting that it could not compel the Debtor to violate other Court orders for certain parts of discovery. The Debtor has long held the position he cannot adequately

answer discovery without access to 1) the internet to view email histories online, and 2) all documents confiscated in an illegal search warrant issued on August 30, 2021.

2. The Court has scheduled a hearing for July 22, 2025 for a status of the Debtor's efforts to remedy the above obstacles to answer discovery as well as comply with discovery.
3. Two pending motions have been pending for quite some time in the New Jersey District Court case to address internet access and document access disputes.
4. On July 17, 2025, a hearing was scheduled at 10AM EST in which those issues were to be addressed by the Debtor's counsel with the Court. That hearing was continued to July 24, 2025 at 230PM EST.
5. On or about the second week of July 2025, the Debtor's counsel was able to convert for viewing mirror drive images of the Debtor's numerous hard drives that were illegally confiscated on August 31, 2021, pursuant to a search warrant issued on August 30, 2021. These drive images were given as part of the discovery to the Debtor's counsel several months ago. Substantial documents exist on those drives relative to this case's discovery.
6. Debtor's counsel has scheduled a flight and meeting with the Debtor on about July 30, 2025 in Greensboro, NC at which time he will give those drives to the Debtor. The date could change, but the Debtor anticipates no date change to be more than a week.
7. As such, the Debtor could possibly have access to the internet after July 25, 2025 and access to many documents after July 31, 2025 that will assist him in more accurately answering the discovery in this case.

WHEREFORE, the pro se Debtor Defendant respectfully asks the Court for an extension of 30 days up to and including August 20, 2025 to comply with the Court's order dated June 20, 2025, and further, that the hearing scheduled for July 22, 2025 which addresses compliance with such order be scheduled shortly thereafter.

This the 21st of July, 2025.

_____
David W. Schamens
2509A Lewisville Clemmons Road
Clemmons, NC 27012
(336) 422-1776

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Adversarial Case No. 24-2010

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 23-10483 |
| DAVID WAYNE SCHAMENS, | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |
| | ) | **CERTIFICATE OF SERVICE FOR MOTION FOR EXTENSION OF TIME** |
| | ) | |
| | ) | |
| JOHN PAUL H. COURNOYER, in his capacity as U.S. Bankruptcy Administrator for the Middle District of North Carolina, | | |
| Plaintiff, | | |
| v. | | |
| DAVID WAYNE SCHAMENS, | | |
| Defendant. | | |

  The undersigned hereby certifies that he is a person of such age and discretion as to be competent to serve process.

That on July 21, 2025, he served a copy of the foregoing Debtor's **MOTION FOR EXTENSION OF TIME** to the following creditors via the Pacer/ECF system:

Capital One
P.O. Box 30285
Salt Lake City, UT 84130 – 0285

3

Duke Energy
P.O. Box 70516
Charlotte, NC 28272

Piedmont Natural Gas
P.O. Box 1246
Charlotte, NC 28201-1246

Greensboro Water Resources
2602 S Elm-Eugene Street
Greensboro, NC 27406

Carter Bank & Trust
1300 Kings Mountain Road
Martinsville, VA 24112

Daufuskie Lending Partners LLC
c/o Webstone, Inc.
2633 Lincoln Blvd, Suite 333
Santa Monica, CA 90405

Brian Focht
P.O. Box 18667
Charlotte, NC 28218

Lake Jeanette HOA
c/o Carolinas Law Firm
3623 N Elm St #200
Greensboro, NC 27455

Northern Shores HOA
c/o Higgins Benjamin
301 N Elm St Suite 800
Greensboro, NC 27401

Guy Dugan, Karen Dugan, GDM Trust, Mark Dugan, et. al.
c/o Todd Capitano, Attorney
4521 Sharon Rd # 250
Charlotte, NC 28211

Weeks Flooring
c/o John Kirkman, Attorney
100 S Elm Street
Suite 410
Greensboro, NC 27401

4

JOHN PAUL H. COURNOYER,
in his capacity as U.S. Bankruptcy Administrator
for the Middle District of North Carolina,

This the 21st day of July, 2025.

_____
David W. Schamens
2509A Lewisville Clemmons Road
Clemmons, NC 27012
(336) 422-1776