**SO ORDERED.**

**SIGNED this 21st day of November, 2025.**

_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| David Wayne Schamens, | ) | Chapter 7 |
| | ) | Case No. 23-10483 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| John Paul Hughes Cournoyer, | ) | |
| U.S. Bankruptcy Administrator, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. No. 24-02010 |
| | ) | |
| David Wayne Schamens, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER CONTINUING ALL MATTERS SCHEDULED FOR HEARING ON NOVEMBER 25, 2025**

This adversary proceeding is before the Court on the Motion for Zoom Conference, filed by Defendant, David Wayne Schamens ("Defendant") on November 21, 2025. ECF No. 63 (the "Motion"). Defendant is proceeding pro se. In the Motion, Defendant represents that he is unable to attend the hearing scheduled for

November 25, 2025, due to medical issues.  ECF No. 63.  Therefore, the Court will continue the hearing to **January 6, 2026**.

NOW, THEREFORE, it is hereby ORDERED, ADJUDGED, and DECREED that all matters currently scheduled for hearing on November 25, 2025, are continued to **January 6, 2026, at 9:30 a.m.**

[END OF DOCUMENT]

<u>Parties to be Served</u>
24-02010

All parties to this adversary proceeding.