**SO ORDERED.**

**SIGNED this 5th day of January, 2026.**

```
_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE
```

---

```
           UNITED STATES BANKRUPTCY COURT
           MIDDLE DISTRICT OF NORTH CAROLINA
                  GREENSBORO DIVISION
```

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| David Wayne Schamens, | ) | Chapter 7 |
| | ) | Case No. 23-10483 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| John Paul Hughes Cournoyer, | ) | |
| U.S. Bankruptcy Administrator, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. No. 24-02010 |
| | ) | |
| David Wayne Schamens, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER ON DEFENDANT'S REQUEST TO APPEAR REMOTELY VIA VIDEO CONFERENCE AT THE JANUARY 6, 2026, HEARING

A hearing in the above referenced adversary proceeding is scheduled to come before the Court on January 6, 2026. See ECF Nos. 34, 36, 49. On January 5, 2026, David W. Schamens ("Defendant") sent a request to the Court's Courtroom Deputy to appear at the hearing via video conference. Despite the untimely

1

request, the Court will permit Defendant to appear by Zoom subject to certain requirements.

NOW, THEREFORE, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. Defendant is permitted to appear by Zoom at the January 6, 2026, hearing under the conditions herein.

2. To the extent Defendant wishes to offer evidence at the hearing, he must comply with, and will be subject to paragraphs 5 through 12 of the Court's Zoom Appearance Procedures; to the extent Defendant wishes to offer evidence through any witness other than himself at hearing, with respect to that witness, he must further and additionally comply with paragraph 4 of the Court's Zoom Appearance Procedures available at: https://www.ncmb.uscourts.gov/sites/default/files/public-files/Chambers%20Zoom%20Procedures%20-%20J%20Kahn%20-%20November%202024-2.pdf.

3. Any exhibits Defendant proposes to offer are subject to Paragraph 7 of the Court's Zoom Appearance Procedures, but the Court will permit the exhibits to be delivered by email to the Court's Courtroom Deputy, along with a copy to John Paul Hughes Cournoyer, U.S. Bankruptcy Administrator (BA), so that they are received no later than 5:00 p.m. on January 5, 2026. **Any exhibits that are not timely delivered by Defendant under this order will be excluded**. The BA must deliver any exhibits in the same manner

at or before 9:00 a.m., Tuesday, January 6, 2026, with a copy to Defendant by email.

4.   The Court's Courtroom Deputy shall send a copy of this order to Defendant via email, along with service via the Bankruptcy Noticing Center.

[END OF DOCUMENT]

<u>Parties to be Served</u>
24-02010

John Paul Hughes Cournoyer
U.S. Bankruptcy Administrator                via CM/ECF

David Wayne Schamens
2509A Lewisville Clemmons Road
Clemmons, NC 27012

David Wayne Schamens
163 Fairway Drive
Bermuda Run, NC 27006